## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSEPH SILBERMAN, individually and
on behalf of all others similarly situated,

                    Plaintiff,

    -v-

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

                    Defendant.

**Civil Case Number:  7:21-cv-03592-CS-PED**

### [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 24, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **7:21-cv-03592-CS-PED**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __24th__ **day of** __March__ **2022.**

HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

The Clerk shall close the case.